NICHOLAS A. TRUTANICH
United States Attorney
District of Nevada
Nevada Bar No. 13644

SKYLER PEARSON
Assistant United States Attorney
501 Las Vegas Blvd. So., Suite 1100
Las Vegas, Nevada 89101
(702) 388-6336
skyler.pearson@usdoj.gov

*Attorneys for the United States*

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| Alexander Alexandrovich Egorov,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>Chad Wolf, in his official capacity as Acting Secretary of Homeland Security; Mark Koumans, in his official capacity as Acting Director of U.S. Citizenship and Immigration Services; the United States of America; and John Doe I through XX, inclusive,<br><br>　　　　Defendants. | Case No. 2:20-cv-01026-JCM-NJK<br><br>**Joint Motion to Stay the Proceedings** |

　　　The parties, by and through their respective counsel, hereby stipulate and jointly move the Court to stay all deadlines in this matter based on the following:

　　　1.　On June 10, 2020, Plaintiff filed a Complaint for Relief in the Nature of Mandamus (ECF No. 1), requesting, among other things, that the Court issue a Writ of Mandamus compelling the United States Citizenship and Immigration Services ("USCIS") to adjudicate Plaintiff's I-485 application.

　　　2.　The deadline for the Federal Defendants to answer or otherwise plead in response to Plaintiff's Complaint is August 11, 2020.

　　　3.　On July 10, 2020, USCIS set an interview date and time of July 28, 2020, at 10:00 AM for the adjudication of Plaintiff's I-485 application.

1    4.    This USCIS interview may resolve some or all of the issues raised in Plaintiff's Complaint.

2    5.    Accordingly, the parties request that the Court stay this matter pending resolution or final adjudication of the Plaintiff's I-485 application. If the parties are able to resolve this matter, they will promptly file a stipulation of dismissal.

3    6.    If the case is not dismissed, the parties agree to file a joint status report 90 days after the entry of the Court's stay order.

Respectfully submitted this 22nd day of July 2020.

| REZA ATHARI & ASSOCIATES | NICHOLAS A. TRUTANICH<br>United States Attorney |
|---|---|
| /s/ Luther Snavely<br>LUTHER SNAVELY<br>3365 Pepper Lane, Suite 102<br>Las Vegas, Nevada 89120<br><br>*Attorney for Plaintiff* | /s/ Skyler H. Pearson<br>SKYLER H. PEARSON<br>Assistant United States Attorney<br><br>*Attorneys for the United States* |

**IT IS SO ORDERED:**

_____
**UNITED STATES DISTRICT JUDGE**

**DATED:** July 27, 2020