LUTHER M. SNAVELY, ESQ.
Nevada Bar No. 5507
REZA ATHARI & ASSOCIATES
A Multi-Jurisdictional Law Office
3365 Pepper Lane, Suite #102
Las Vegas, Nevada  89120
Tel.: (702) 727-7777; FAX: (702) 458-8508
ATTORNEY FOR THE PLAINTIFF

# UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| ALEXANDER ALEXANDROVICH EGOROV,<br><br>  Plaintiff,<br><br>vs.<br><br>CHAD F. WOLF, in his official capacity as Acting Secretary of Homeland Security, U.S. DEPARTMENT OF HOMELAND SECURITY, KEN CUCCINELLI, in his official capacity as Acting Director of U.S. Citizenship and Immigration Services, U.S. CITIZENSHIP AND IMMIGRATION SERVICES, the UNITED STATES OF AMERICA and JOHN DOES 1 through XX, inclusive,<br><br>  Defendants. | Case No.: 2:20-cv-01026-JCM-NJK<br><br>**ORDER** |

## NOTICE OF STIPULATED DISMISSAL

COMES NOW, the Plaintiff, Alexander Alexandrovich Egorov, and the Defendants, U.S. Citizenship and Immigration Services, et al., by and through undersigned counsel, and hereby file this Notice of Stipulated Dismissal under Federal Rule of Civil Procedure §41(a)(1)(A)(ii).

Since the date of the filing of the Complaint in this case, the Defendants have formally adjudicated the Plaintiff's I-485 application and approved the Plaintiff for Lawful Permanent Residency.

Therefore, this case is now moot.

The Parties stipulate to a dismissal of this case with prejudice and with all parties to bear their own fees and costs.

DATED this 1st day of September, 2020

Respectfully Submitted:

/s/ Luther M. Snavely

LUTHER SNAVELY, ESQ.
NEVADA BAR NO. 5507
**REZA ATHARI & ASSOCIATES**
**A Multijurisdictional Firm**
3365 Pepper Lane, Suite #102
Las Vegas, Nevada  89120
Tel.: (702) 727-7777
FAX: (702) 458-8508
ATTORNEY FOR PLAINTIFF


/s/ Skyler Pearson

SKYLER PEARSON
ASSISTANT UNITED STATES ATTORNEY
501 Las Vegas Blvd., Suite 1100
Las Vegas, Nevada 89101
Tel: (702) 388-6336
Fax: (702) 388-6787
ATTORNEY FOR DEFENDANTS

**IT IS SO ORDERED.**

_____
UNITED STATES DISTRICT JUDGE
Dated: September 4, 2020

2